GEORGE GUEUTAL et al., Appellants, *v.* ADELE GUEUTAL et al., Respondents, Impleaded with Others.

*Gueutal* v. *Gueutal*, 116 App. Div. 918, appeal withdrawn.
(Argued September 30, 1907; decided October 8, 1907.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1906, which affirmed a judgment of Special Term sustaining a demurrer to and directing a dismissal of the complaint.

The motion was made upon the ground that the questions involved were the same as those involved in the case of *Jacoby* v. *Jacoby* (188 N. Y. 124), decided after the appeal was taken.

*I. Newton Williams* for motion.

*Hamilton R. Squier* opposed.

Motion granted, so far as to permit plaintiffs to withdraw appeal on payment within twenty days of all costs that have accrued on appeal; on failure to comply with the terms of this order the appeal is dismissed, with costs and ten dollars costs of motion.